**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1437**

———————

ARTHUR EMIL LARSON,

Plaintiff - Appellant,

versus

SOUTH CAROLINA REAL ESTATE COMMISSION; CHARLES
CAPE, in his capacities as Chief of the South
Carolina Real Estate Commission(s) Investiga-
tive Division and Staff Involved; CHARLES
CAPE, Personally,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Dennis W. Shedd, District Judge.
(CA-97-1323-3-19BC)

———————

Submitted: May 14, 1998              Decided: May 27, 1998

———————

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Arthur Emil Larson, Appellant Pro Se. Arrigo Paul Carotti,
MCCUTCHEON, MCCUTCHEON & BAXTER, P.A., Conway, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Larson appeals the district court's order dismissing his civil action as barred by the statute of limitations period. See Pocahontas Supreme Coal Co. v. Bethlehem Steel Corp., 828 F.2d 211, 220 (4th Cir. 1987). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Larson v. South Carolina Real Estate Comm'n, No. CA-97-1323-3-19BC (D.S.C. Mar. 10, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED